MARY S. ROBINSON v. BOARD OF REVIEW.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. TYRONE JOHNSON.

April 6, 1981.

Petition for certification denied.

WILLIAM J. MEEHAN v. THE HUDSON DISPATCH.

April 6, 1981.

Petition for certification denied.

WILLIAM BAILEY v. ALICE MINNEY.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD HAYES.

April 6, 1981.

Petition for certification denied.